IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUTTA SPIES,

                Plaintiff,                        ORDER

    v.

                                              14-cv-568-jdp

CAROLYN W. COLVIN,
Commissioner of the Social
Security Administration,

                Defendant.

---

    Plaintiff Jutta Spies seeks judicial review of a final decision of the Commissioner of Social Security finding her not disabled within the meaning of the Social Security Act. Plaintiff's motion for summary judgment is fully briefed.

    The court will hear argument on plaintiff's motion at 1:00 p.m. on Thursday, May 7, 2015, in Room 360. The court will devote approximately an hour to argument. Then, following a short recess, the court expects to issue its decision from the bench.

    Entered April 13, 2015.

                                                      BY THE COURT:

                                                      /s/
                                                     _____
                                                     JAMES D. PETERSON
                                                     District Judge