# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

JUTTA SPIES,

                Plaintiff,

vs.                                      Case No.: 14-cv-568

CAROLYN COLVIN,
    Commissioner of Social Security,

                Defendant.

## NOTICE OF APPEAL

*Notice is hereby given* that Jutta Spies, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated May 27, 2015 and the judgment dated May 27, 2015 by Federal District Judge James Peterson which affirmed the decision of the Defendant, Carolyn Colvin, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 24th day of July, 2015.

                                                **DUNCAN DISABILITY LAW, S.C.**
                                                Attorneys for the Plaintiff

                                                /s/ Dana W. Duncan
                                                _____
                                                Dana W. Duncan
                                                State Bar I.D. No. 01008917
                                                3930 8th Street South, Suite 201
                                                Wisconsin Rapids, WI 54494
                                                (715) 423-4000